# Court of Appeals
# of the State of Georgia

ATLANTA, November 25, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0796. SAFEWAY MOVING SYSTEMS, INC. v. MONICA YATES.**

Monica Yates filed a breach of contract and tort action against Safeway Moving Systems, Inc. After Safeway failed to answer, the trial court granted Yates's motion for default judgment as to liability. Safeway then failed to appear at the bench trial on damages, and the trial court entered final judgment in favor of Yates in the amount of $365,622.45. Safeway then filed an extraordinary motion to open and set aside default judgment pursuant to OCGA § 9-11-60 (d), contending it had not been effectively served with process. The trial court denied the motion, and Safeway filed this direct appeal. We, however, lack jurisdiction.

An appeal from an order denying a motion to set aside a judgment under OCGA § 9-11-60 (d) must be made by application for discretionary review. See OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006). Safeway's failure to file a discretionary application thus deprives this Court of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 11/25/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ *, Clerk.*